## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHIREDA POSEY,                     :
                                   :
                    Plaintiff,     :
                                   :        4:17-CV-773           **FILED**
          v.                       :        (JUDGE MARIANI)      **SCRANTON**
                                   :
PROGRESSIVE,                       :                             AUG 22 2018
                                   :
                    Defendant.     :        PER _____
                                                DEPUTY CLERK

## ORDER

**AND NOW, THIS 22ᴺᴰ DAY OF AUGUST, 2018**, upon review of Magistrate

Judge Carlson's Report & Recommendation, (Doc. 20), for clear error and manifest

injustice, **IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation, (Doc. 20), is **ADOPTED** for the reasons discussed

   therein.

2. Plaintiff's Complaint, (Doc. 1), is **DISMISSED**.

3. The Clerk of the Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge